Reynaldo Enrique JIMENEZ–
MORATAYA, Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 13–70664

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2016 *

FILED June 24, 2016

Reynaldo Enrique Jimenez–Morataya,
Los Angeles, CA, Pro Se.

Drew Brinkman, Anthony Paul Nicastro,
Senior Litigation Counsel, OIL, DOJ–U.S.
Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the
Chief Counsel, San Francisco, CA, for Respondent.

Before: REINHARDT, W.
FLETCHER, and OWENS, Circuit
Judges.

MEMORANDUM **

Reynaldo Enrique Jimenez–Morataya, a
native and citizen of El Salvador, petitions
pro se for review of the Board of Immigration Appeals' ("BIA") order denying his
motion to reopen removal proceedings. We
have jurisdiction under 8 U.S.C. § 1252.
We review for abuse of discretion the
BIA's denial of a motion to reopen. *Lin v.*

Holder*, 588 F.3d 981, 984 (9th Cir. 2009).
We deny the petition for review.

The BIA did not abuse its discretion in
denying Jimenez–Morataya's motion to reopen as untimely, where the motion was
filed more than a year after the BIA's final
order, and Jimenez–Morataya failed to
present sufficient evidence of changed circumstances in El Salvador to qualify for
the regulatory exception to the filing deadline. *See* 8 C.F.R. § 1003.2(c)(2), (c)(3)(ii);
*Lin*, 588 F.3d at 989 (BIA's determination
that petitioner did not establish material
changed country conditions was not "arbitrary, irrational, or contrary to law").

To the extent Jimenez–Morataya contends he established eligibility for relief,
we do not reach this contention in light of
our disposition.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.